EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

KENNETH M. SORENSON
Assistant U.S. Attorneys
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 20 2005

at 10 o'clock and 20 min. A .M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. CR05 00259 SOM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | INFORMATION |
| vs. | ) | |
| | ) | [21 U.S.C. § 841 (a)(1) |
| DOUGLAS GUERRERO, JR. | ) | 21 U.S.C. § 841 (b)(1)(A)] |
| | ) | |
| Defendant. | ) | |

INFORMATION

The United States Attorney charges:

That on or about April 25, 2005, in the District of Hawaii, DOUGLAS GUERRERO, JR., the defendant, did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

DATED: June 17, 2005, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

*[signature]*

FLORENCE T. NAKAKUNI
Assistant U.S. Attorney
Chief, Narcotics Section

*[signature]*

KENNETH M. SORENSON
Assistant U.S. Attorney